Aaron L. Renfro, Bar No. 255086
arenfro@calljensen.com
L. Lisa Sandoval, Bar No. 310380
lsandoval@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000

Attorneys for Plaintiff Ten-X, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEN-X, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>RATIONAL REAL ESTATE XII, LLC; and DOES 1 through 10,<br><br>    Defendants. | Case No. 8:23-cv-00200-JWH-JDE<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE COURT DATES**<br><br>Complaint Filed: February 1, 2023<br>Trial Date:   September 16, 2024 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Ten-X, LLC and Defendant Rational Real Estate, XII, LLC ("Defendant") have reached an agreement in principle on the material terms of a settlement in the above-captioned action, with each of the Parties bearing their own attorneys' fees and costs. Counsel are in the process of preparing and finalizing the long-form agreement. The Parties anticipate executing the long-form settlement agreement by September 11, 2024.

In the interim, the Parties respectfully request that the Court vacate all pretrial dates and the trial date, and retain jurisdiction for the purpose of enforcing the settlement agreement. Following complete performance of the terms of the agreement, the Parties intend to file a Stipulated Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 9, 2024                CALL & JENSEN
                                        A Professional Corporation
                                        Aaron L. Renfro
                                        L. Lisa Sandoval


                                        By: */s/ Aaron L. Renfro*
                                            Aaron L. Renfro

                                        Attorneys for Plaintiff Ten-X, LLC

Dated: September 9, 2024                LAW OFFICE OF FRANK D. RORIE JR.


                                        By: */s/ Frank D. Rorie Jr.*
                                            Frank D. Rorie Jr.

                                        Attorneys for Defendant Rational Real Estate XII, LLC