1  Aaron L. Renfro, Bar No. 255086
   arenfro@calljensen.com
2  L. Lisa Sandoval, Bar No. 310380
   lsandoval@calljensen.com
3  CALL & JENSEN
   A Professional Corporation
4  610 Newport Center Drive, Suite 700
5  Newport Beach, CA  92660
   Tel:   (949) 717-3000
6

7  Attorneys for Plaintiff Ten-X, LLC

8

9

10                **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12

13  TEN-X, LLC                                Case No.  8:23-cv-00200-JWH-JDE

14            Plaintiff,

15        vs.                                 **JOINT STIPULATION AND
                                              REQUEST FOR COURT TO RETAIN
16                                            JURISDICTION TO ENFORCE
    RATIONAL REAL ESTATE XII, LLC;            SETTLEMENT AGREEMENT AND,
17  and DOES 1 through 10,                    CONTINGENT UPON RETAINING
                                              JURISDICTION, TO DISMISS
18            Defendants.                     ACTION WITH PREJUDICE
                                              PURSUANT TO RULE 41(a)(2) OF
19                                            THE FEDERAL RULES OF CIVIL
                                              PROCEDURE
20

21                                            Complaint Filed:   February 1, 2023
22                                            Trial Date:        September 16, 2024

23

24

25

26

27

28

1   WHEREAS, Plaintiff Ten-X, LLC ("Plaintiff") and Defendant Rational Real
2   Estate XII, LLC ("Defendant") (together, the "Parties") have entered into a Settlement
3   Agreement that resolves all of Plaintiff's claims against Defendant in the above-
4   captioned action;

5   WHEREAS, the settlement has not been fully consummated yet; and

6   WHEREAS, the Parties' Settlement Agreement provides that the Parties agree to
7   the entry of the Proposed Order filed contemporaneously with this Joint Request, with
8   the Court retaining jurisdiction over the Parties to enforce the Settlement Agreement
9   and resolve any disputes between the Parties arising from the Settlement Agreement,
10  and contingent upon the Court retaining jurisdiction, the Parties agree to dismiss the
11  above-captioned action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of
12  Civil Procedure.

13  IT IS HEREBY REQUESTED jointly by the Parties, through their undersigned
14  counsel, that the Court enter the accompanying proposed Order to retain jurisdiction for
15  the purpose of enforcing the Settlement Agreement and resolving any disputes arising
16  from the Settlement Agreement.

17  Dated:  September 16, 2024          CALL & JENSEN
                                       A Professional Corporation
18                                     Aaron L. Renfro
                                       L. Lisa Sandoval
19

20
                                       By:   /s/ Aaron L. Renfro
21                                           Aaron L. Renfro

22                                     Attorneys for Plaintiff Ten-X, LLC

23
    Dated:  September 16, 2024          LAW OFFICE OF FRANK D. RORIE JR.
24

25
                                       By:   /s/ Frank D. Rorie Jr.
26                                           Frank D. Rorie Jr.

27                                     Attorneys for Defendant Rational Real Estate
                                       XII, LLC
28

- 2 -