JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEN-X, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>RATIONAL REAL ESTATE XII, LLC; and DOES 1 through 10,<br><br>    Defendants. | Case No. 8:23-cv-00200-JWH-JDE<br><br>**ORDER RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND, CONTINGENT UPON RETAINING JURISDICTION, DISMISSING ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

1. The Court has reviewed the parties' "Joint Stipulation and Request for Court to Retain Jurisdiction to Enforce Settlement Agreement and, Contingent upon Retaining Jurisdiction, to Dismiss Action with Prejudice Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure." Pursuant to Rule 41(a)(2), it is hereby **ORDERED** as follows:

    1. The above-captioned action is **DISMISSED with prejudice**.

    2. This Court retains jurisdiction over the above-captioned action for the purpose of enforcing the Settlement Agreement and resolving any disputes between the Parties arising from the Settlement Agreement.

    3. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 17, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE